## Doyle, Appellant, *v.* Pittsburg Waste Company (No. 2).

Argued Nov. 5, 1902.   Appeal, No. 70, Oct. T., 1902, by plaintiff, from order of C. P. No. 3, Allegheny Co., Feb. T., 1901, No. 507, refusing to take off nonsuit in case of Annie Doyle v. Pittsburg Waste Company.   Before MITCHELL, DEAN, FELL, BROWN, MESTREZAT and POTTER, JJ.   Reversed.

OPINION BY MR. JUSTICE MESTREZAT, January 5, 1903 :

The questions raised in this appeal are disposed of in the opinion this day filed in the appeal of William T. Doyle, by his next friend, against the Pittsburg Waste Company, ante p. 618, and for the reasons there given the assignment of error is sustained and the judgment is reversed with a procedendo.